THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PROMEDEV LLC dba RELIEF FACTOR,<br><br>Plaintiff,<br><br>v.<br><br>ROBY WILSON (individual) and MAXXIMEDIA ADVERTISING CO; and DOES 1 through 25.<br><br>Defendants. | No. 2:22-cv-01063-JLR<br><br>**STIPULATED MOTION TO STAY PROCEEDINGS AND [~~PROPOSED~~] ORDER**   JLR<br><br>**NOTE ON MOTION CALENDAR: SEPTEMBER 13, 2022** |

The Parties, through their undersigned counsel, hereby file this stipulated motion, pursuant to LCR 7(d)(1) and 10(g), to request that this case be stayed through October 11, 2022. The Parties respectfully submit that good cause exists to stay all further proceedings to allow the Parties to engage in mediation and settlement discussions.

In support of their Stipulated Motion, the Parties state as follows:

WHEREAS, the Parties have agreed to mediate this litigation before the Honorable Dean S. Lum (Retired) on October 11, 2022;

WHEREAS, the Parties have agreed to stay this litigation through October 11, 2022, subject to the Court's approval, to enable them to participate in a mediation; and

WHEREAS, the Parties believe that a stay through October 11, 2022 will allow them sufficient time to prepare for and participate in mediation;

The Parties stipulate and agree that, pending the Court's approval, all further proceedings in this case should be stayed through October 11, 2022, at which point the stay will be terminated automatically, absent an extension granted by the Court. Upon termination of the stay, the Parties agree to the following briefing schedule:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Defendants' responsive pleading due | Sept. 5, 2022 | Oct. 21, 2022 |
| Deadline for FRCP 26(f) Conference | Sept. 22, 2022 | Nov. 3, 2022 |
| Plaintiff's opposition to any responsive motion filed by Defendants due | None | Nov. 14, 2022 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | Oct. 6, 2022 | Nov. 17, 2022 |
| Defendants' reply in support of any responsive motion filed by Defendants due | None | Nov. 18, 2022 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f) | Oct. 13, 2022 | Nov. 23, 2022 |

IT IS SO STIPULATED.

Respectfully submitted this 13th day of September, 2022.

| | | |
|---|---|---|
| 1 | DLA PIPER LLP (US) | KLINEDINST PC |
| 2 | *s/ Virginia Weeks* | *s/ Gregor A. Hensrude* |
| | Virginia Weeks, WSBA No. 55007 | Gregor A. Hensrude, WSBA No. 45918 |
| 3 | 701 Fifth Avenue, Suite 6900 | 701 Fifth Avenue, Suite 4150 |
| 4 | Seattle, WA  98104-7029 | Seattle, WA  98104-7091 |
| | Telephone:  206.839.4868 | Telephone:  206.682.7701 |
| 5 | E-mail:  virginia.weeks@us.dlapiper.com | E-mail:  GHensrude@Klinedinstlaw.com |
| 6 | AND | *Attorney for Imagipix Corporation, MaXXiMedia Advertising Co, and Roby Wilson* |
| 7 | Michael Garfinkel (Bar No. 156010) (*pro hac vice*) | |
| 8 | Kristina Fernandez Mabrie (SBN 318315) (*pro hac vice*) | |
| 9 | DLA PIPER LLP (US) | |
| | 2000 Avenue of the Stars | |
| 10 | Suite 400, North Tower | |
| | Los Angeles, CA 90067-4704 | |
| 11 | Tel:     (310) 595-3000 | |
| | Fax:    (310) 595-3300 | |
| 12 | E-mail: kristina.fernandezmabrie@dlapiper.com | |
| | michael.garfinkel@us.dlapiper.com | |
| 13 | *Attorneys for Promedev LLC dba Relief Factor* | |

STIPULATED MOTION TO STAY PROCEEDINGS
AND [~~PROPOSED~~] ORDER - 3
CASE NO. 2:22-CV-01063-JLR

## [~~PROPOSED~~] ORDER

The Court hereby grants the Parties' Stipulated Motion for Stay. The stay will remain in place through October 11, 2022, at which point the following deadlines will be in effect:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendants' responsive pleading due | Sept. 5, 2022 | Oct. 21, 2022 |
| Deadline for FRCP 26(f) Conference | Sept. 22, 2022 | Nov. 3, 2022 |
| Plaintiff's opposition to any responsive motion filed by Defendants due | None | Nov. 14, 2022 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | Oct. 6, 2022 | Nov. 17, 2022 |
| Defendants' reply in support of any responsive motion filed by Defendants due | None | Nov. 18, 2022 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f) | Oct. 13, 2022 | Nov. 23, 2022 |

IT IS SO ORDERED this 13th day of September 2022.

_____
The Honorable James L. Robart
United States District Judge