The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PROMEDEV, LLC dba RELIEF FACTOR, <br><br> Plaintiff, <br><br> v. <br><br> ROBY WILSON (individually), and MAXXIMEDIA ADVERTISING CO., and IMAGIPIX CORPORATION, <br><br> Defendants. | Civil Action No. 2:22-cv-01063-JLR <br><br> STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO FILE DEFENDANTS' RESPONSIVE PLEADINGS <br><br> JLR |

The Parties, through their undersigned counsel, hereby file this stipulated motion, to request the Defendants' Responsive Pleadings filing date be extended to Tuesday, October 25, 2022. No other dates will be impacted. The Parties respectfully submit that good cause exists to extend the filing date.

In support of their Stipulated Motion, the Parties state as follows:

WHEREAS, the member of Defendants' legal team primarily responsible for the responsive pleadings was recently hospitalized,

WHEREAS, the parties have agreed to a very short continuance of the time to answer and counterclaim the complaint in order to cope with that emergent issue,

THEREFORE, the parties agree that Defendants' time to answer and counterclaim the

1  complaint is continued two business days, to and including October 25, 2022.

2

3       IT IS SO STIPULATED.

4       Respectfully submitted this 24th day of October, 2022.

5
   | KLINEDINST PC | DLA PIPER US LLP |
6
   */s/ Gregor A. Hensrude*          */s/ Michael B. Garfinkel, with permission*
7  Gregor A. Hensrude, WSBA #45918   Kristina M. Fernandez Mabrie (PHV)
   Sasha J. Glenn, WSBA #54422       Michael B. Garfinkel (PHV)
8  701 Fifth Avenue, Suite 4150      2000 Avenue of the Stars
   Seattle, WA 98104                 Suite 4000, North Tower
9  206-672-4400                      Los Angeles, CA 90067
                                     310-595-3000
10 ghensrude@klinedinstlaw.com
   sglenn@klinedinstlaw.com          kristina.fernandezmabrie@us.dlapiper.com
11                                   michael.garfinkel@us.dlapiper.com

12 Attorneys for Defendants

                                     and
13
                                     Virginia Weeks, WSBA #55007
14                                   701 Fifth Avenue, Suite 6900
                                     Seattle, WA 98104
15                                   206-839-4800
                                     virginia.weeks@us.dlapiper.com
16

17                                   Attorneys for Plaintiff

18

19

20

21

22

23

24

25

26

27

**ORDER**
**(~~PROPOSED~~)**

The court hereby grants the Parties' Stipulated Motion to Extend Time to File Defendants' Responsive Pleading(s) to October 25, 2022.

IT IS SO ORDERED this  24th  day of October, 2022

_____
The Honorable James L. Robart
United State District Judge