THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PROMEDEV LLC dba RELIEF FACTOR,<br><br>    Plaintiff,<br><br>v.<br><br>ROBY WILSON (individual) and MAXXIMEDIA ADVERTISING CO; and DOES 1 through 25.<br><br>    Defendants. | No. 2:22-cv-01063-JLR   **JLR**<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' COUNTERCLAIMS**<br><br>**NOTE ON MOTION CALENDAR: NOVEMBER 10, 2022** |

Plaintiff Promedev LLC dba Relief Factor ("Plaintiff" or "Promedev"), and Defendants Roby Wilson and Maxximedia Advertising Co. (collectively "Defendants"), by and through their attorneys, stipulate to an extension of time for Promedev to respond to the counterclaims in Defendants' Answer to Complaint, Affirmative Defenses and Counterclaim (the "Counterclaims") (Dkt. # 18).

On October 25, 2022, Defendants filed their Counterclaims. Under Rule 12(a)(1)(B), Promedev's response to the Counterclaims is due on November 15, 2022. Because this deadline coincides with other important deadlines in this matter, including exchanging initial disclosures and filing their joint status report, and the approaching holidays the parties conferred and agreed that, subject to the Court's approval, Promedev can have until December 6, 2022 to respond to the Counterclaims and agreed to an alternative briefing schedule as set forth below.

Accordingly, subject to the Court's approval, Promedev and Defendants stipulate to the following briefing schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Promedev's answer to Plaintiff's Counterclaims or motion to dismiss | November 15, 2022 | December 6, 2022 |
| Defendants' opposition to Promedev's motion to dismiss (if any) | December 5, 2022 | December 23, 2022 |
| Promedev's reply in support of its motion to dismiss (if any) | December 9, 2022 | January 6, 2023 |

IT IS SO STIPULATED.

Respectfully submitted this 10th day of November, 2022.

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO
COUNTERCLAIMS - 2
CASE NO. 2:22-CV-01063-JLR

| | |
|---|---|
| DLA PIPER LLP (US)<br><br>*s/ Virginia Weeks*<br>Virginia Weeks, WSBA No. 55007<br>701 Fifth Avenue, Suite 6900<br>Seattle, WA  98104-7029<br>Telephone:  206.839.4868<br>E-mail:  virginia.weeks@us.dlapiper.com<br><br>AND<br><br>Michael Garfinkel (Bar No. 156010) (*pro hac vice*)<br>Kristina Fernandez Mabrie (SBN 318315) (*pro hac vice*)<br>DLA PIPER LLP (US)<br>2000 Avenue of the Stars<br>Suite 400, North Tower<br>Los Angeles, CA 90067-4704<br>Tel:     (310) 595-3000<br>Fax:    (310) 595-3300<br>E-mail:<br>kristina.fernandezmabrie@dlapiper.com<br>michael.garfinkel@us.dlapiper.com<br><br>*Attorneys for Promedev LLC dba Relief Factor* | KLINEDINST PC<br><br>*s/ Gregor A. Hensrude*<br>Gregor A. Hensrude, WSBA No. 45918<br>701 Fifth Avenue, Suite 4150<br>Seattle, WA  98104-7091<br>Telephone:  206.682.7701<br>E-mail:  GHensrude@Klinedinstlaw.com<br><br>*Attorney for Imagipix Corporation, MaXXiMedia Advertising Co, and Roby Wilson* |

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO
COUNTERCLAIMS - 3
CASE NO. 2:22-CV-01063-JLR

# [~~PROPOSED~~] ORDER

The Court hereby grants the Parties' Stipulated Motion for Extension of Time to Respond to Defendants' Counterclaims and orders the following briefing schedule:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Promedev's answer to Plaintiff's Counterclaims or motion to dismiss | November 15, 2022 | December 6, 2022 |
| Defendants' opposition to Promedev's motion to dismiss (if any) | December 5, 2022 | December 23, 2022 |
| Promedev's reply in support of its motion to dismiss (if any) | December 9, 2022 | January 6, 2023 |

IT IS SO ORDERED on this __10th__ day of November, 2022.

_____
The Honorable James L. Robart
United States District Judge

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO
COUNTERCLAIMS - 4
CASE NO. 2:22-CV-01063-JLR