UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROMEDEV, LLC, | CASE NO. C22-1063JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ROBY WILSON, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Plaintiff Promedev, LLC's ("Promedev") first motion to dismiss Defendant MaXXiMedia Advertising CO's ("MaXXiMedia") counterclaims and strike select allegations. (1st MTD (Dkt. # 23).) After Promedev filed the motion, MaXXiMedia amended its counterclaims (Am. Counterclaim (Dkt. # 25)), and Promedev subsequently filed a new motion to dismiss several of MaXXiMedia's amended counterclaims and to strike certain material in the amended pleading (2d MTD (Dkt.

MINUTE ORDER - 1

# 26)).  Accordingly, the court DENIES as moot Promedev's first motion to dismiss (Dkt. # 23).[1]

Filed and entered this 9th day of January, 2023.

                                              RAVI SUBRAMANIAN
                                              Clerk of Court

                                              s/ Ashleigh Drecktrah
                                              Deputy Clerk

---

[1] The court will consider Promedev's second motion to dismiss when it is ripe for consideration.  *See* Local Rules W.D. Wash. LCR 7(d).

MINUTE ORDER - 2