THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROMEDEV, LLC dba RELIEF FACTOR<br><br>Plaintiff,<br><br>v.<br><br>ROBY WILSON (individual) and MAXXIMEDIA ADVERTISING CO; and IMAGIPIX CORPORATION.<br><br>Defendants. | Case No. 2:22-CV-01063-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO MAXXIMEDIA'S AMENDED COUNTERCLAIMS**<br><br>**NOTING DATE: APRIL 3, 2023** |

WHEREAS, on March 2, 2023, the Court granted in part Plaintiff Promedev, LLC's ("Promedev") motion to dismiss Defendants MaXXiMedia Advertising Co.'s First Amended Counterclaim and ordered that MaXXiMedia may file a second amended counterclaim, if any, no later than March 13, 2023. Dkt. #40.

WHEREAS, MaXXiMedia has elected not to file a second amended counterclaim.

AND WHEREAS, Promedev and Defendants Roby Wilson, MaXXiMedia Advertising Co., and Imagipix Corporation stipulate that, pursuant to Local Civil Rule 10(g) and Local Civil Rule 7(d)(1), Promedev's time to answer MaXXiMedia's First Amended Counterclaim shall be extended to Monday, April 17, 2023.

Accordingly, all parties respectfully request that the Court enter an order extending the time for Promedev to answer MaXXiMedia's First Amended Counterclaim to Monday, April 17, 2023.

IT IS SO STIPULATED.

Respectfully submitted this 4th day of April, 2023.

| DLA PIPER LLP (US) | KLINEDINST PC |
|---|---|
| */s/ Anthony Todaro* <br> Anthony Todaro, WSBA No. 30391 <br> Austin Rainwater, WSBA No. 41904 <br> 701 Fifth Avenue, Suite 6900 <br> Seattle, Washington 98104-7029 <br> Tel:    (206) 839-4800 <br> Fax:   (206) 839-4801 <br> E-mail: anthony.todaro@us.dlapiper.com <br> E-mail: austin.rainwater@us.dlapiper.com <br><br> *Attorneys for Plaintiff* <br> *Promedev LLC dba Relief Factor* | */s/ Sasha J. Glenn* <br> Gregor A. Hensrude, WSBA No. 45918 <br> Sasha J. Glenn, WSBA No. 54422 <br> 1200 Fifh Avenue, Suite 1750 <br> Seattle, Washington 98101 <br> Tel:    (206) 672.4400 <br> E-mail: ghensrude@klinedinstlaw.com <br> E-mail: sglenn@klinedinstlaw.com <br><br> *Attorneys for Defendants* <br> *Roby Wilson, MaXXiMedia Advertising Co., and Imagipix Corporation* |

STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO MAXXIMEDIA'S AMENDED COUNTERCLAIMS - 2
CASE NO. 2:22-CV-01063-JLR

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel: 206.839.4800

**[PROPOSED] ORDER**

The Court hereby grants the Parties' Stipulated Motion for Extension of Time to Respond to MaXXiMedia's Amended Counterclaims to April 17, 2023.

IT IS SO ORDERED on this 4th day of April, 2023.

_____
The Honorable James L. Robart
United States District Judge