THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROMEDEV, LLC dba RELIEF FACTOR<br><br>Plaintiff,<br><br>v.<br><br>ROBY WILSON (individual) and MAXXIMEDIA ADVERTISING CO; and IMAGIPIX CORPORATION.<br><br>Defendants. | Case No. 2:22-CV-01063-JLR<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT<br><br>NOTE ON MOTION CALENDAR: NOVEMBER 1, 2023 |

Plaintiff moves the Court for an Order granting leave to file a First Amended Complaint. Defendants do not oppose the requested relief. Having reviewed the motion and the First Amended Complaint, the Court ORDERS:

1. Plaintiff's motion for leave to file the First Amended Complaint is hereby GRANTED;

2. Plaintiff shall file the First Amended Complaint no later than **5** days after the entry of this Order.

IT IS SO ORDERED on this __3rd__ day of November, 2023.

_____
The Honorable James L. Robart
United States District Judge

ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST
AMENDED COMPLAINT - 1
CASE NO. 2:22-CV-01063-JLR

*PRESENTED BY:*

DLA PIPER LLP (US)

*/s/ Anthony Todaro*
Anthony Todaro, WSBA No. 30391
Austin Rainwater, WSBA No. 41904
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel:   (206) 839-4800
Fax:   (206) 839-4801
E-mail: anthony.todaro@us.dlapiper.com
E-mail: austin.rainwater@us.dlapiper.com

*Attorneys for Plaintiff Promedev LLC dba Relief Factor*

ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST
AMENDED COMPLAINT - 2
CASE NO. 2:22-CV-01063-JLR