The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PROMEDEV, LLC dba RELIEF FACTOR, <br><br> Plaintiff, <br><br> v. <br><br> ROBY WILSON (individually), and MAXXIMEDIA ADVERTISING CO., and IMAGIPIX CORPORATION, <br><br> Defendants. | Civil Action No. 2:22-cv-01063-JLR <br><br> ~~STIPULATED~~ ORDER TO SEAL PREVIOUSLY FILED EXHIBIT |

## I.   STIPULATION

Plaintiff/Counterclaim Defendant Promedev, LLC dba Relief Factor ("Promedev") and Defendants/Counterclaimants Roby Wilson, MaXXiMedia Advertising Co., and Imagipix Corporation's ("MaXXiMedia") hereby agree and ask that the Court seal Exhibit C to the Declaration of Gregor A. Hensrude, previously and inadvertently filed in connection with MaXXiMedia's Motion for Summary Judgment and currently under provisional seal as Docket Entry No. 57.

The parties met and conferred on January 19, 2024, in order to reach agreement regarding the need to file this document under seal, to minimize the amount of material filed under seal, and to explore redaction and other alternatives to filing under seal.  The parties agree that the exhibit requested to be sealed is subject to the parties' Stipulated Protective Order, Docket entry 38, filed

~~[PROPOSED] STIPULATED~~ ORDER TO SEAL PREVIOUSLY FILED EXHIBIT- 1

Case No. 2:22-cv-01063-JLR

KLINEDINST PC
1200 Fifth Avenue, Suite 1750
Seattle, Washington 98101
(206) 672-4400

on February 17, 2023, and was inadvertently filed as an exhibit to a declaration. Specifically, Promedev designated this document as "Confidential" because it is an agreement between Promedev and a marketing agency containing non-public financial information. The parties respectfully request that Exhibit C to the Declaration of Gregor A. Hensrude be sealed.

## II.    ORDER

THIS MATTER came before the Court on Plaintiff/Counterclaim Defendant Promedev, LLC dba Relief Factor ("Promedev") and Defendants/Counterclaimants Roby Wilson, MaXXiMedia Advertising Co., and Imagipix Corporation's ("MaXXiMedia") stipulation to seal Exhibit C to the Declaration of Gregor A. Hensrude previously filed in the Court Record, Docket entry 57, and currently under a provisional seal.

The exhibit requested to be sealed is subject to the parties' Stipulated Protective Order, Docket entry 38, filed on February 17, 2023, and was inadvertently filed as an exhibit to a declaration. The parties respectfully request that Exhibit C to the Declaration of Gregor A. Hensrude be sealed.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Clerk shall seal Exhibit C to the Declaration of Gregor A. Hensrude, currently filed under provisional seal as docket entry 57.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that:

2. Access to the sealed documents is limited to the respective parties to this proceeding, their counsel of record, and such other individuals as the parties to this proceeding may mutually agree, or the Court may designate to be allowed access to the same.

3. Defendants are granted the right to re-file, on the public docket, a redacted copy of the exhibit

4. Access to the sealed records will be available only in the Clerk's Office.

5. In the event of an application for the opening of the sealed document, a hearing

[PROPOSED] STIPULATED ORDER TO SEAL PREVIOUSLY FILED EXHIBIT- 2

Case No. 2:22-cv-01063-JLR

KLINEDINST PC
1200 Fifth Avenue, Suite 1750
Seattle, Washington 98101
(206) 672-4400

shall be noted and notice shall be given or attempted to be given to the parties, through their counsel of record.

DATED: January 31, 2024

_____
THE HONORABLE JAMES L. ROBART

Submitted by:

KLINEDINST PC

    *s/ Louiza M. Dudin*
Gregor A. Hensrude, WSBA #45918
Louiza M. Dudin, WSBA #52497
1200 Fifth Avenue, Suite 1750
Seattle, WA 98101
206-672-4400
ghensrude@klinedinstlaw.com
ldudin@klinedinstlaw.com

Attorneys for Defendants Roby Wilson, MaXXiMedia Advertising Co., and Imagipix Corporation


DLA PIPER US LLP


    *s/ Austin M. Rainwater*
Austin M. Rainwater, WSBA #41904
Anthony Todaro, WSBA #30391
DLA Piper US LLP
701 Fifth Avenue, Suite 6900
Seattle, WA 98104
206-839-4800
anthony.todaro@us.dlapiper.com
austin.rainwater@us.dlapiper.com

Attorneys for Plaintiff Promedev, LLC dba Relief Factor

---

[PROPOSED] STIPULATED ORDER TO SEAL PREVIOUSLY FILED EXHIBIT- 3

Case No. 2:22-cv-01063-JLR

KLINEDINST PC
1200 Fifth Avenue, Suite 1750
Seattle, Washington 98101
(206) 672-4400